ROSE GERST et al., Appellants, v. CITY OF NEW YORK, Respondent.— Action by plaintiff wife to recover damages for personal injuries and by her husband for medical expenses and loss of services. Plaintiff wife, while a passenger on a subway train owned and operated by defendant, was knocked down and injured by two boys who were scuffling or skylarking on the train. Judgment dismissing the complaint at the close of plaintiffs' case affirmed, with costs. No opinion. Close, P. J., Carswell, Johnston and Lewis, JJ., concur; Aldrich, J., dissents and votes to reverse the judgment and to grant a new trial on the ground that plaintiffs established a prima facie case.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SILBERT, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law (book-making), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. YORK FEATHER & DOWN CORPORATION, Appellant.— Appeal by defendant from two judgments of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting it of two violations of General Business Law, section 385, subdivision 1, in that it affixed tags with the legend " All New Material — Goose Down " to the bags of certain filling material, when the contents of the bags were merely 44% goose down in one case and 70% in the other, and fining the defendant $400 in one case and $250 in the other. Judgments unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.